| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Cornucopia Oil & Gas Company, LLC** | | |
|---|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3879914** | | |
| 4. | Debtor's address | **Principal place of business**<br><br>**188 W. Northern Lights Blvd. Suite 620**<br>**Anchorage, AK 99503**<br>Number, Street, City, State & ZIP Code<br><br>**Anchorage**<br>County | | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | N/A | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | | |

Debtor __Cornucopia Oil & Gas Company, LLC__  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor __See Attachment__  Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Cornucopia Oil & Gas Company, LLC**      Case number (*if known*)
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Cornucopia Oil & Gas Company, LLC** | Case number (*if known*) _____ |
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

= The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

= I have been authorized to file this petition on behalf of the debtor.

= I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/09/2019
              MM/ DD /YYYY

✖ */s/ Scott M. Pinsonnault*                           Scott M. Pinsonnault
   Signature of authorized representative of debtor    Printed name

   Interim Chief Operating Officer
   Title

**18. Signature of attorney**

✖ */s/ Matthew P. Ward*                Date   08/09/2019
   Signature of attorney for debtor           MM / DD / YYYY

   Matthew P. Ward
   Printed Name

   Womble Bond Dickinson (US) LLP
   Firm Name

   1313 North Market Street, Suite 1200
   Number            Street

   Wilmington, Delaware 19801
   City / State / ZIP Code

   (302) 252-4320
   Contact phone

   matthew.ward@wbd-us.com
   Email address

   4471              Delaware
   Bar Number        State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor  **Cornucopia Oil & Gas Company, LLC**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Corsair Oil & Gas LLC** | | Relationship to you | | **Affiliate** |
| District | **DE** | When | Case number, if known | | |
| Debtor | **Furie Operating Alaska, LLC** | | Relationship to you | | **Subsidiary** |
| District | **DE** | When | Case number, if known | | |

**WRITTEN CONSENT OF
THE BOARD OF MANAGERS OF
CORNUCOPIA OIL & GAS COMPANY, LLC**

August 8, 2019

The undersigned, being all of the members of the Board of Managers (the "Board") of Cornucopia Oil & Gas Company, LLC, a Delaware limited liability company (the "Company"), hereby adopt the following resolutions by (the "Written Consent") in lieu of a special meeting and hereby consent to, approve and adopt the following resolutions as of the date written above:

**WHEREAS**, the Board reviewed the materials presented by the management and legal advisers of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and legal advisers of the Company and fully consider each of the strategic alternatives available to the Company.

I. **VOLUNTARY PETITION UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE**

**NOW, THEREFORE, IT IS RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, equity holders, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code; and

**FURTHER RESOLVED**, that each of the Chief Financial Officer, Interim Chief Operating Officer, and such other officers as may be designated by the Interim Chief Operating Officer (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief.

II. **RETENTION OF PROFESSIONALS**

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to continue to employ the law firm of McDermott Will & Emery LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under title 11 of the United States Code (the "Bankruptcy Code"), to retain a law firm to act as local counsel, as needed, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and

in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of McDermott Will & Emery LLP;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm Seaport Global Securities LLC, as investment bankers ("SGS") to, among other things, assist the Company in evaluating its business and prospects, developing a long-term business plan, developing financial data for evaluation by its Governing Body, creditors, or other third parties, in each case, as requested by the Company, evaluating such Company's capital structure, responding to issues related to such Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of such Company's assets; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of SGS;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ Ankura Consulting Group, LLC to represent and assist the Authorized Officers and the Company in carrying out their duties under the Bankruptcy Code, and to, among other things, perform the duties as set forth in that certain engagement letter dated March 23, 2018 by and among the Company and Ankura Consulting Group, LLC; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, to cause to be filed appropriate applications for authority to retain the services of Ankura Consulting Group, LLC;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Prime Clerk LLC, as notice and claims agent to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk LLC; and

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and

2

directed to employ any other professionals to assist the Company in carrying out its duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

### III. GENERAL

**NOW, THEREFORE, IT IS RESOLVED**, that each of the Authorized Officers shall be, and each of them hereby is, authorized and directed, in the name of and on behalf of the Company, to take any and all such actions and to execute and deliver any and all such documents and instruments as the Board, officers of the Company shall deem necessary or advisable in furtherance of, or to carry out the intent and effectuate the purposes of, any of the foregoing resolutions, and the fact that the Board and the officers of the Company have taken any such action or executed or delivered any such document or instrument shall be conclusive evidence of the approval and authorization thereof by the Company;

**FURTHER RESOLVED**, that any and all actions heretofore, concurrently, or hereafter taken by the Board and the officers of the Company in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as fully as if such had been presented to the Board for approval prior to such action or actions being taken;

**FURTHER RESOLVED**, that the actions taken by this Written Consent shall have the same force and effect as if taken by the undersigned at a meeting, duly called and constituted in accordance with the bylaws of the Company;

**FURTHER RESOLVED**, any and all notice of any meeting otherwise required regarding these resolutions or the matters covered hereby is hereby waived in all respects; and

**FURTHER RESOLVED**, that this Written Consent may be sent or delivered by facsimile or other electronic transmission and in any number of counterparts, each of which shall be an original, and such counterparts, when taken together, shall constitute one and same instrument, and shall be legally effective for all purposes.

*[Signature Page to Follow]*

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

By: _____
Kay Rieck
Member Manager

By: _____
William L. Transier
Independent Manager

By: _____
Patrick J. Bartels, Jr.
ECP Manager

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

By: _____
Kay Rieck
Member Manager

By: *William L. Transier*
William L. Transier
Independent Manager

By: _____
Patrick J. Bartels, Jr.
ECP Manager

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

By: _____
Kay Rieck
Member Manager

By: _____
William L. Transier
Independent Manager

By: _____
Patrick J. Bartels, Jr.
ECP Manager

**Fill in this information to identify the case:**

Debtor name: **Cornucopia Oil & Gas Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/09/2019

X /s/ Scott M. Pinsonnault
Signature of individual signing on behalf of debtor

**Scott M. Pinsonnault**
Printed name

**Interim Chief Operating Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Cornucopia Oil & Gas Company, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known):

☐ Check if this is an amended filing

# Modified Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1. | U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | Tel: 202-514-2000 | Settlement Agreement | | | | $7,200,061.31 |
| 2. | Chugach Electric Association<br>P.O. Box 196300<br>Anchorage, AK 99519-6300 | Tel: 907-563-7494 | Trade Debt | | | | $99,537.00 |
| 3. | Production Testing Services, Inc. 1463 Highway 6 South, Suite 400<br>Houston, TX 77077 | Tel: 281-498-7399<br>Email: info@ptssite.com | Trade Debt | | | | $89,663.14 |
| 4. | Sierra Pine Resources International<br>110 Cypress Station Dr., Suite 105<br>Houston, TX 77090 | Tel: 832-375-0300 | Trade Debt | | | | $63,233.75 |
| 5. | WESCO Distribution<br>P.O. Box 31001-0454<br>Pasadena, CA 91110-0465 | Tel: 412-454-2200 | Trade Debt | | | | $58,190.10 |
| 6. | C & D Production Specialists Co., Inc.<br>14090 West Main<br>Cut Off, LA 70345 | Tel: 504-693-6872 | Trade Debt | | | | $51,963.48 |
| 7. | Clariant Corporation<br>49420 Kenai Spur Highway<br>Nikiski, AK 99611 | Tel: 907-776-3304 | Trade Debt | | | | $48,866.40 |
| 8. | Peak Oilfield Service Co.<br>5015 Business Park Blvd.<br>Suite 4000<br>Anchorage, AK 99503 | Tel: 907-263-7000 | Trade Debt | | | | $47,860.55 |

Debtor   **Cornucopia Oil & Gas Company, LLC**                              Case number *(if known)*
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9. | Maritime Helicopters Inc.<br>3520 FAA Road<br>Homer, AK 99603 | Tel: 907-235-7771<br>Email: info@maritimehelicopters.com | Trade Debt | | | | $47,304.69 |
| 10. | Waukesha-Pearce Industries, LLC<br>P.O. Box 204116<br>Dallas, TX 75320-4116 | Tel: 713-723-1050 | Trade Debt | | | | $39,653.62 |
| 11. | M&H Enterprises<br>19450 Highway 249, Suite 600<br>Houston, TX 77077 | Tel: 281-664-7222<br>Email: dave.costello@mhes.com | Trade Debt | | | | $39,109.78 |
| 12. | NRC Alaska, LLC<br>425 Outer Springer Loop Rd.<br>Palmer, AK 99645 | Tel: 907-258-1558<br>Email: ocdo@nrcc.com | Trade Debt | | | | $24,284.03 |
| 13. | Five Star Oilfield Services<br>1301 Huffman Rd., Suite 125<br>Anchorage, AK 99515 | Tel: 907-272-9877<br>Email: jdickinson@fivestaroilfieldservices.com | Trade Debt | | | | $23,282.31 |
| 14. | Tailing, LLC<br>P.O. Box 7215<br>Metairie, LA 70010 | Tel: 504-393-7570<br>Email: kyle@tailingllc.com;<br>kerry@tailingllc.com | Trade Debt | | | | $21,422.59 |
| 15. | Cruz Construction, Inc.<br>7000 E. Palmer Wasilla Highway<br>Palmer, AK 99645 | Tel: 907-746-3144<br>Email: INFO@CRUZCONSTRUCT.COM | Trade Debt | | | | $21,253.00 |
| 16. | Ocean Marine Services, LLC<br>P.O. Box 7070<br>Nikiski, AK 99635 | Tel: 425-828-6434<br>Email: kmcneil.oms@gmail.com | Trade Debt | | | | $14,332.63 |
| 17. | Arctos Alaska<br>2400 College Rd.<br>Fairbanks, AK 99709 | Tel: 907-632-1006 | Trade Debt | | | | $12,054.34 |
| 18. | Weaver Brothers, Inc.<br>P.O. Box 2229<br>Kenai, AK 99611 | Tel: 907-278-4526 | Trade Debt | | | | $10,816.71 |
| 19. | Jacobs<br>P.O. Box 409767<br>Atlanta, GA 30384-9767 | Tel: (907)-356-3322<br>Email: Vincent.Mihalik@jacobs.com | Trade Debt | | | | $8,544.21 |
| 20. | West Penetone Corporation<br>125 Kingsland Ave.<br>Clifton, NJ 07017 | Tel: 201-567-3000 | Trade Debt | | | | $4,081.80 |
| 21. | MagTec Alaska, LLC<br>43385 Kenai Spur Highway<br>Kenai, AK 99611 | Tel: 907-335-6305<br>Email: kenaiadmin@magtecalaska.com | Trade Debt | | | | $3,515.00 |

Debtor **Cornucopia Oil & Gas Company, LLC**
Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 22. | LMJ Consulting Services<br>4300 B Street, Suite 307<br>Anchorage, AK 99504 | Tel: 907-269-4324<br>Email: info@lmjconsulting.com | Trade Debt | | | | $3,351.98 |
| 23. | Survival Systems International<br>P.O. Box 1855<br>34140 Valley Center Road<br>Valley Center, CA 92082-7607 | Attn: Carlos Siguenza, Jr.<br>Tel: 504-469-4545<br>Email: CarlosS@ssinola.com | Trade Debt | | | | $2,982.12 |
| 24. | GLM Energy Services, LLC<br>420 N. Willow<br>Kenai, AK 99611 | Tel: 907-283-7556<br>Email: contacts@glmenergyllc.com | Trade Debt | | | | $2,897.49 |
| 25. | DNOW, L.P.<br>P.O. Box 200822<br>Dallas, TX 75320-0822 | Tel: 907-283-6080<br>Email: CPL@DNOW.COM | Trade Debt | | | | $2,872.02 |
| 26. | WP Software Consultants, LLC<br>2901 S. First Street<br>Abilene, TX 79605 | Tel: 325-677-1543<br>Email: sales@wolfepak.com | Trade Debt | | | | $2,727.50 |
| 27. | Alaska Communications<br>P.O. Box 196666<br>Anchorage, AK 99519-6666 | Tel: 800-808-8083 | Trade Debt | | | | $2,309.41 |
| 28. | LONG Building Technologies, Inc.<br>5660 B. Street<br>Anchorage, AK 99518 | Tel: 907-561-3044 | Trade Debt | | | | $2,186.00 |
| 29. | Tuboscope<br>P.O. Box 201177<br>Dallas, TX 75320-1177 | Tel: 713-868-8749 | Trade Debt | | | | $1,624.30 |
| 30. | Coffman Engineers<br>800 F Street<br>Anchorage, AK 99501 | Tel: 907-276-6664<br>Email: anchorageinfo@coffman.com | Trade Debt | | | | $1,050.00 |

DM_US 159905433-2.091621.0012

## United States Bankruptcy Court
### District of Delaware

In re   **Cornucopia Oil & Gas Company, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Deutsche Oel & Gas AG** | Common Units | 100 | Direct |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Interim Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  08/09/2019

Signature  /s/ Scott M. Pinsonnault  
**Scott M. Pinsonnault**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re   **Cornucopia Oil & Gas Company, LLC**  
Debtor(s)

Case No. _____  
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cornucopia Oil & Gas Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alecto Ltd.**

**Deutsche Oel & Gas AG**

**Deutsche Oel & Gas S.A.**

☐ None [*Check if applicable*]

08/09/2019  
Date

/s/ Matthew P. Ward  
Matthew P. Ward (DE Bar No. 4471)  
Signature of Attorney or Litigant  
Counsel for   **Cornucopia Oil & Gas Company, LLC**  
Womble Bond Dickinson (US) LLP  
1313 North Market Street, Suite 1200  
Wimington, DE 19801  
T:  302-252-4320  
matthew.ward@wbd-us.com