IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORNUCOPIA OIL & GAS COMPANY, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11782 (LSS)<br><br>**Related Docket Nos.: 70, 73** |

### ORDER GRANTING MOTION OF LITIGATION TRUSTEE FOR AN ORDER DISMISSING PRIME CLERK LLC AS CLAIMS AND NOTICING AGENT AND ADMINISTRATIVE ADVISOR

Upon the Motion of Clingman & Hanger Management Associates, LLC, in its capacity as litigation trustee (the "Litigation Trustee"), for an order dismissing Prime Clerk LLC ("Prime Clerk") as claims and noticing agent and administrative advisor (the "Motion");[2] and it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and the Court having considered the Motion and any response thereto; and this Court having determined that granting the relief requested in the Motion is in the best interest of the Debtors' creditors; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that upon entry of this Order, Prime Clerk shall be relieved of all responsibility to the Debtors, the Debtors' estates, or the Debtors' creditors as claims and noticing and administrative agent in the Chapter 11 Cases; and it is further

---

[1] The last four digits of the remaining Debtor's federal tax identification number are 9914 and the location of the Debtor's corporate headquarters is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2] All capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion.

ORDERED that effective as of the date of Prime Clerk's dismissal, the Litigation Trustee shall cause notices in these Chapter 11 Cases to be served; and it is further

ORDERED that (i) on or before October 30, 2020, Prime Clerk shall (a) deliver to the Clerk of the Court (or such entity as the Clerk may direct) and the Litigation Trustee an electronic version of all imaged claims; (b) upload the creditor mailing list into CM/ECF for the above-captioned case; and (c) docket a Final Claims Register in the above-captioned case; and (ii) on or before the later of October 30, 2020 and ten (10) business days after the Philadelphia Federal Records Center re-opens to accept records, box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims; and it is further

ORDERED that Prime Clerk provide to the Litigation Trustee invoices for all services rendered post-Effective Date on behalf of the Litigation Trustee together with an accounting of any remaining retainers held by Prime Clerk and the Litigation Trustee may pay such invoices reduced by any remaining retainer according to Prime Clerk's ordinary payment terms; and it is further

ORDERED this Court shall retain jurisdiction over all matters related to or arising from the Motion or the implementation of this Order.

**Dated: October 12th, 2020**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

WBD (US) 50200588v1