**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CORNUCOPIA OIL & GAS COMPANY, LLC,[1] | Case No. 19-11782 (LSS) |
| Debtor. | **Related Docket No.: 80** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE LITIGATION
TRUSTEE FOR ORDER UNDER BANKRUPTCY CODE SECTION 105(A) AND
<u>BANKRUPTCY RULE 9006 EXTENDING TIME TO OBJECT TO CLAIMS</u>**

The undersigned hereby certifies that no answer, objection, or other responsive pleading has been received with respect to the *Motion of the Litigation Trustee for Order Under Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Time to Object to Claims and Administrative Expense Requests* [Docket No. 80] (the "<u>Motion</u>") filed on December 24, 2020.  The undersigned certifies that the Court's docket in this case reflects that no answer, objection, or other responsive pleading to the Motion has been filed.  Pursuant to the notice appended to the Motion, objections or responses to the Motion were to be filed and served no later than January 7, 2021 at 4:00 p.m. (ET).

Accordingly, the undersigned respectfully requests that the Court enter the proposed form of order attached hereto as <u>Exhibit A</u>, which is identical to the proposed form of order attached to the Motion.

---

[1]     The last four digits of the remaining Debtor's federal tax identification number are 9914 and the location of the Debtor's corporate headquarters is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

Dated: January 8, 2021
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Facsimile:    (302) 252-4330
Email:    matthew.ward@wbd-us.com
      ericka.johnson@wbd-us.com

*Counsel to the Litigation Trustee*