# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORNUCOPIA OIL & GAS COMPANY, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11782 (LSS)<br><br>**Related Docket Nos.: 80, 81** |

**ORDER GRANTING MOTION OF THE LITIGATION TRUSTEE
FOR ORDER UNDER BANKRUPTCY CODE SECTION 105(a) AND
BANKRUPTCY RULE 9006 EXTENDING TIME TO OBJECT TO
CLAIMS AND ADMINISTRATIVE EXPENSE REQUESTS**

Upon the motion (the "Motion")[2] of the Litigation Trustee for entry of an order under Bankruptcy Code section 105(a) and Bankruptcy Rule 9006 further extending the time to object to Claims and administrative expense requests; and the Court having determined that the relief requested in the Motion is in the best interests of these bankruptcy estates, the Litigation Trust, creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

---

[1] The last four digits of the remaining Debtor's federal tax identification number are 9914.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

1. The Motion is GRANTED.

2. The Claims Objection Deadline is extended for the Litigation Trustee to object to Claims through and including June 30, 2021.

3. Entry of this Order is without prejudice to the rights of the Litigation Trustee to seek further extensions of the Claims Objection Deadline.

*[Signature]*
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

**Dated: January 11th, 2021**
**Wilmington, Delaware**

2