UNITED STATES BANKRUPTCY COURT

DISTRICT OF    DELAWARE

In re: Cornucopia Oil & Gas                                    Case No. 19-11782

Debtor(s)                                                      ☐ Jointly Administered

# Post-confirmation Report                                     Chapter 11

Quarter Ending Date: 03/31/2022                                Petition Date: 08/09/2019

Plan Confirmed Date: 06/12/2020                                Plan Effective Date: 06/30/2020

This Post-confirmation Report relates to:  ○ Reorganized Debtor
                                           ● Other Authorized Party or Entity: Furie Litigation Trust
                                                                                Name of Authorized Party or Entity

/s/ Teresa S. Hanger                                           Teresa S. Hanger
Signature of Responsible Party                                 Printed Name of Responsible Party

05/10/2022
Date

                                                               880 Technology Park Drive, Glen Allen, VA  23059
                                                               Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Cornucopia Oil & Gas    Case No. 19-11782

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $117,594 | $4,060,652 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $117,594 | $4,060,652 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $8,608,196 | $0 | $23,267,442 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | McDermott WIll & Emery | Lead Counsel | $0 | $6,310,065 | $0 | $6,310,065 |
| | ii | Womble BOnd Dickinson | Co-Counsel | $0 | $569,184 | $0 | $569,184 |
| | iii | Seaport Global Securities | Other | $0 | $1,473,550 | $0 | $1,473,550 |
| | iv | Carr Riggs & Ingram | Financial Professional | $0 | $5,916 | $0 | $5,916 |
| | v | Halperin Battaglia Benzja LLP | Special Counsel | $0 | $230,072 | $0 | $230,072 |
| | vi | Ankura Consulting Group LLC | Financial Professional | $0 | $0 | $0 | $2,719,821 |
| | vii | Richards Layton & Finger | Other | $0 | $0 | $0 | $208,970 |
| | viii | Kirkland & Ellis LLP | Other | $0 | $0 | $0 | $6,580,606 |
| | ix | Vinson & Elkins LLP | Other | $0 | $0 | $0 | $1,747,797 |
| | x | Manley & Brautigam | Other | $0 | $0 | $0 | $32,071 |
| | xi | Cole Schotz | Other | $0 | $0 | $0 | $70,930 |
| | xii | Guess & Rudd PC | Other | $0 | $0 | $0 | $94,104 |
| | xiii | Millbank Tweed Hadley & McC | Other | $0 | $0 | $0 | $2,397,583 |
| | xiv | Stinson LLP | Other | $0 | $0 | $0 | $217,141 |
| | xv | Prime Clerk | Other | $0 | $19,409 | $0 | $609,632 |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Cornucopia Oil & Gas                                              Case No.  19-11782

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name Cornucopia Oil & Gas					Case No. 19-11782

|   |         |   |   |   |   |   |
|---|---------|---|---|---|---|---|
|   | lxxii   |   |   |   |   |   |
|   | lxxiii  |   |   |   |   |   |
|   | lxxiv   |   |   |   |   |   |
|   | lxxv    |   |   |   |   |   |
|   | lxxvi   |   |   |   |   |   |
|   | lxxvii  |   |   |   |   |   |
|   | lxxviii |   |   |   |   |   |
|   | lxxix   |   |   |   |   |   |
|   | lxxx    |   |   |   |   |   |
|   | lxxxi   |   |   |   |   |   |
|   | lxxxii  |   |   |   |   |   |
|   | lxxxiii |   |   |   |   |   |
|   | lxxxiv  |   |   |   |   |   |
|   | lxxxv   |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxix  |   |   |   |   |   |
|   | xc      |   |   |   |   |   |
|   | xci     |   |   |   |   |   |
|   | xcii    |   |   |   |   |   |
|   | xciii   |   |   |   |   |   |
|   | xciv    |   |   |   |   |   |
|   | xcv     |   |   |   |   |   |
|   | xcvi    |   |   |   |   |   |
|   | xcvii   |   |   |   |   |   |
|   | xcviii  |   |   |   |   |   |
|   | xcix    |   |   |   |   |   |
|   | c       |   |   |   |   |   |
|   | ci      |   |   |   |   |   |

|      |                                                                                         |                        | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|------|-----------------------------------------------------------------------------------------|------------------------|--------------------------|---------------------|----------------------|-----------------|
| b.   | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* |                        | $0                       | $0                  | $0                   | $967,688        |
|      | *Itemized Breakdown by Firm*                                                            |                        |                          |                     |                      |                 |
|      | Firm Name                                                                               | Role                   |                          |                     |                      |                 |
| i    | Stoel Rives LLP                                                                         | Special Counsel        | $0                       | $0                  | $0                   | $792,967        |
| ii   | Norton Rose Fulbright US, LLP                                                           | Other                  | $0                       | $0                  | $0                   | $170,101        |
| iii  | Dan Dickinson                                                                           | Financial Professional | $0                       | $0                  | $0                   | $4,620          |
| iv   |                                                                                         |                        |                          |                     |                      |                 |
| v    |                                                                                         |                        |                          |                     |                      |                 |
| vi   |                                                                                         |                        |                          |                     |                      |                 |

UST Form 11-PCR (12/01/2021)					4

Debtor's Name Cornucopia Oil & Gas        Case No. 19-11782

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name Cornucopia Oil & Gas    Case No. 19-11782

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name Cornucopia Oil & Gas                                            Case No. 19-11782

|   |        |   |   |   |   |   |
|---|--------|---|---|---|---|---|
|   | xci    |   |   |   |   |   |
|   | xcii   |   |   |   |   |   |
|   | xciii  |   |   |   |   |   |
|   | xciv   |   |   |   |   |   |
|   | xcv    |   |   |   |   |   |
|   | xcvi   |   |   |   |   |   |
|   | xcvii  |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |
|   | xcix   |   |   |   |   |   |
|   | c      |   |   |   |   |   |
|   | ci     |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   | $24,235,130 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $405,901,487 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 |   |   |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                     Yes ○    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

| Debtor's Name Cornucopia Oil & Gas | Case No. 19-11782 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Teresa S. Hanger | Teresa S. Hanger |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Principal of Litigation Trustee | 05/10/2022 |
| Title | Date |

Debtor's Name Cornucopia Oil & Gas    Case No. 19-11782



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

Debtor's Name Cornucopia Oil & Gas                                              Case No.  19-11782



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                         10